IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GRATTON CURTIS ODELL,

    Plaintiff,

v.                          CASE NO. 25-3008-JWL

FORD COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

### ORDER

Plaintiff brings this pro se civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2025, the Court entered a Memorandum and Order (Doc. 4) ordering Ford County Sheriff's Department ("FCSJ") officials to file a *Martinez* Report. This matter is before the Court on the Interested Party's Motion for Leave to File Exhibits Conventionally (Doc. 9.)

The motion seeks to file Exhibits 15, 16, 17, and 18, to the *Martinez* Report conventionally via a flash drive. The exhibits consist of body-cam video footage. The motion is granted.

**IT IS THEREFORE ORDERED BY THE COURT** that the Motion for Leave to File Exhibits Conventionally (Doc. 9) is **granted.**

**IT IS FURTHER ORDERED** that Exhibits 15, 16, 17, and 18, to the *Martinez* Report shall be filed conventionally.

**IT IS SO ORDERED**.

Dated March 20, 2025, in Kansas City, Kansas.

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      UNITED STATES DISTRICT JUDGE