## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**GRATTON CURTIS ODELL,**

**Plaintiff,**

**v.**                                                    **CASE NO. 25-3008-JWL**

**FORD COUNTY SHERIFF'S DEPARTMENT,**
**ET AL.,**

**Defendants.**

## <u>MEMORANDUM AND ORDER</u>

Plaintiff Gratton Curtis Odell is a Kansas prisoner who is currently housed at Lansing Correctional Facility (LCF) in Lansing, Kansas, having recently transferred there from El Dorado Correctional Facility (EDCF) in El Dorado, Kansas. On March 20, 2025, at the direction of the Court, Ford County Sheriff Bill Carr filed a *Martinez* Report (MR) and exhibits with the Court. (Doc. 10.) Included in the MR was a certificate of service that certified that a hard copy "was mailed to" Plaintiff at EDCF the same day. *Id.* at 22. Additional exhibits were conventionally filed, with the Court's leave. (*See* Docs. 9, 11.)

On March 27, 2025, the Court issued a memorandum and order (M&O) explaining to Plaintiff that in light of the MR, the Court is considering dismissal of this matter. (Doc. 13, p. 9.) It granted Plaintiff to and including April 28, 2025 in which to respond to the MR and to show cause, in writing, why this matter should not be dismissed. *Id.* at 10. The M&O was mailed to Plaintiff at his address of record at EDCF. Later that same day, Sheriff Carr filed a notice of service (Doc. 14) advising the Court that on March 27, 2025, he mailed to Plaintiff a hard copy of the MR, a copy of the order granting leave to file exhibits to the MR conventionally, a flash drive containing

the conventionally filed exhibits, and a copy of the related M&O[1]. (Doc. 14, p. 1-1.)On April 9, 2025, Plaintiff filed a notice officially changing his address of record to LCF and informing the Court that he has not yet received the MR or the M&O. (Doc. 16.) The Court notes that as of the date of this order, the M&O has not been returned to this Court as undeliverable.

To ensure that Plaintiff has the opportunity to respond to specific information in the MR, the Court will direct Sheriff Carr to confirm with Plaintiff that he has received the MR and all of the exhibits thereto. The Court will further extend the deadline for Plaintiff to respond to the M&O to May 12, 2025 and direct the clerk to remail a copy of the M&O to Plaintiff at LCF. If Plaintiff has not received the MR and exhibits on or before April 16, 2025, he should so inform the Court in writing and the Court will take further action as necessary.

**IT IS THEREFORE ORDERED** that Sheriff Carr is ordered to confirm that Plaintiff has received a copy of the *Martinez* Report and all exhibits thereto. The clerk is directed to mail a copy of the memorandum and order (Doc. 13) issued on March 27, 2025 to Plaintiff at Lansing Correctional Facility. The deadline for Plaintiff to respond to the M&O is extended to and including May 12, 2025. If Plaintiff has not received the *Martinez* Report and exhibits thereto by April 16, 2025, he should notify the Court in writing and the Court will take further action as necessary.

**IT IS SO ORDERED.**

DATED:   This 9th day of April, 2025, at Kansas City, Kansas.


S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

---

[1] The notice referred to "the Memorandum and Order filed 3/24/25," (Doc. 14, p. 2), but the Court did not file any memorandum and order on that date. The Court presumes that this is a typo and that the Sheriff intended to refer to the M&O issued on March 27, 2025.