**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**GRATTON CURTIS ODELL,**

**Plaintiff,**

v.                                                    CASE NO. 25-3008-JWL

**FORD COUNTY SHERIFF'S DEPARTMENT,
ET AL.,**

**Defendants.**

**<u>MEMORANDUM AND ORDER</u>**

Plaintiff Gratton Curtis Odell is a Kansas prisoner who is currently housed at Lansing Correctional Facility (LCF) in Lansing, Kansas, having recently transferred there from El Dorado Correctional Facility (EDCF) in El Dorado, Kansas. On March 20, 2025, at the direction of the Court, Ford County Sheriff Bill Carr filed a *Martinez* Report (MR) and exhibits with the Court. (Doc. 10.) Included in the MR was a certificate of service that certified that a hard copy "was mailed to" Plaintiff at EDCF the same day. *Id.* at 22. Additional exhibits were conventionally filed, with the Court's leave. (*See* Docs. 9, 11.)

On March 27, 2025, the Court issued a memorandum and order (M&O) explaining to Plaintiff that in light of the MR, the Court is considering dismissal of this matter. (Doc. 13, p. 9.) It granted Plaintiff time in which respond to the MR and to show cause, in writing, why this matter should not be dismissed. *Id.* at 10. The M&O was mailed to Plaintiff at his address of record at EDCF. Later that same day, Sheriff Carr filed a notice of service (Doc. 14) advising the Court that he had mailed to Plaintiff at LCF a hard copy of the MR, a flash drive containing the conventionally filed exhibits, and copies of relevant court orders. (Doc. 14, p. 1-1.)

1

On April 9, 2025, Plaintiff filed a notice officially changing his address of record to LCF and informing the Court that he has not yet received the MR or the M&O. (Doc. 16.) As a result, the Court issued an order directing Sheriff Carr to confirm with Plaintiff that he has received the MR and all of the exhibits thereto. (Doc. 17.) The Court also extended the deadline for Plaintiff to respond to the M&O and it advised Plaintiff that if he did not receive the MR and exhibits on or before April 16, 2025, he should so inform the Court in writing. *Id.*

On April 21, 2025, Plaintiff filed a document in this matter that explains that his recollection of the events differs from the facts alleged in the MR. (Doc. 18.) He advises that he "would really like to see the video" and he asks if he can "review the evidence they have." *Id.* at 1-2. These statements lead the Court to believe that Plaintiff has not had the opportunity to view the body camera footage included on the flash drive mailed to him by Sheriff Carr. (*See* Doc. 14.) The Court will therefore seek additional information regarding Plaintiff's ability to view the conventionally filed exhibits on the flash drive and will further extend the deadline for Plaintiff to respond to the Court's March 27, 2025 M&O.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall enter the Kansas Department of Corrections ("KDOC") as an interested party on the docket for the limited purpose of providing information regarding an opportunity for Plaintiff to view the recordings contained on the flash drive served to him by Sheriff Carr in this matter. Upon the filing of a response to this order, the KDOC may move for termination from this action.

**IT IS FURTHER ORDERED** that**:**

(1) The KDOC is requested to respond to this order on or before April 30, 2025 and provide, in writing, information regarding any opportunity Plaintiff has had to review the exhibits contained on the flash drive mailed to Plaintiff at Lansing Correctional

Facility on March 27, 2025. The KDOC is further asked to serve a copy of its response upon Plaintiff. After the response has been filed, the Court will enter further orders as necessary.

(2) The Clerk of Court is directed to provide the KDOC with a copy of the notice of service located at Doc. 14. The KDOC is asked to ascertain, if possible, whether the flash drive was received at Lansing Correctional Facility and whether Plaintiff has had the opportunity to view the contents of the flash drive.

(3) The current deadline for Plaintiff to respond to the *Martinez* Report (Doc. 10) and to the Court's M&O of March 27, 2025 (Doc. 13) is **stayed**. The Court will set a new deadline for Plaintiff's response in a later order.


**IT IS SO ORDERED.**

DATED:   This 22nd day of April, 2025, at Kansas City, Kansas.


<u>S/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge